Case: 1:21-mj-00626
Assigned To : Faruqui, Zia M.
Assign. Date : 10/5/2021
Description: Complaint w/ Arrest Warrant

**STATEMENT OF FACTS**

The National Center for Missing and Exploited Children ("NCMEC") is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. NCMEC operates a CyberTipline and Child Victim Identification program. Through the Cyber Tipline, Internet Service Providers (ISP), Electronic Service Providers (ESP), and individual persons may notify NCMEC of online child sexual abuse images. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement agencies.

Between October 3 and October 5, 2020, Google reported that a Google user identified as stephenjohnson1197@gmail.com had uploaded numerous media files to Google drive. These images included visual depictions of minors that capture a minor or someone interacting with the minor engaged in masturbation, sexual intercourse, sado and masochistic abuse, and visual depictions of minors in which the depictions are focused on their genital, pubic area, or anus (hereinafter "child exploitative material"). Google reported that this user had uploaded these media files from three internet protocol (IP) addresses. Google identified the IP addresses as:

a. 2601:14d:8201:83a0:d9c6:fb73:b0b3:292b
b. 2601:14d:8201:83a0:f491:9ab7:5b40:f4e0
c. 70.32.0.60

Google reported that the user of this account had provided a name of "Stephen Johnson," a phone number of 240-687-4250, and a backup email account of stephen@sjrdigital.com. Google advised that the telephone number had been verified by Google on June 6, 2020.

Google provided a total of two hundred and twenty two files totaling nine hundred and nineteen megabytes to NCMEC, and advised that the files had been identified via a "MD5 Hash Match"[1] to known child exploitative material categorized by NCMEC.

Your affiant reviewed the files provided by Google and found that all the media files provided were videos. The following are descriptions of some of the videos uploaded from the IP address of 2601:14d:8201:83a0:d9c6:fb73:b0b3:292b to the Google Drive of the identified user:

a. lil black girl fucked by BBC.mp4 – Uploaded on September 21, 2020
    i. This video is forty-five seconds long and shows a pre-pubescent African-American female having her buttocks and genitals rubbed and penetrated by an erect adult penis. The child is faced away from the camera watching television, and she is nude from the waist down. The child does not appear to have any indication of pubic hair, and appears to be younger than ten.

[1] The MD5 message-digest algorithm is a widely used hash function producing a 128-bit hash value. The hash value generated is unique to each image file. Based on information and belief, Google maintains a repository of hash values associated with images that have been identified as belonging to child exploitation material. Google can search user accounts for images that match these hash values to determine if a user has child exploitation material associated with their account.

    b. d7f235bb-2f07-41c6-beed-92cd0dc41788.mp4 – Uploaded on September 22, 2020
        i. This video is thirty-five seconds long and shows a pre-pubescent African-American female having her mouth penetrated by an erect adult penis. The child is clothed during the video but does not appear to have any breast development.

    c. black Shayla BACK IT UP 2.mp4 – Uploaded on September 21, 2020
        i. This video is one minute and twenty-six seconds long and shows a pre-pubescent African-American female completely nude laying on a bed. The child is holding an electric toothbrush which she places on and inside her genitals. An unknown person eventually takes the toothbrush out of the child's hand and places it on and inside the child's genitals. The pre-pubescent girl has no breast development, no indication of any pubic hair, and appears to be under the age of ten.

    d. VID-20180228-WA0229.mp4 – Uploaded September 22, 2020
        i. This video is fifty-four seconds long and shows a fully clothed pre-pubescent African-American female having her mouth penetrated by an erect adult male penis. The adult male places his hand on the child's head and pushes it back and forth on his erect penis. The child looks into the camera on occasion and appears to know the video is being recorded.

On December 16, 2020, an administrative subpoena was issued to Comcast for subscriber information regarding the IP addresses of 2601:14d:8201:83a0:d9c6:fb73:b0b3:292b and 2601:14d:8201:83a0:f491:9ab7:5b40:f4e0.

On January 7, 2021, Comcast reported that both IP addresses are associated with an account which resolved to Stephen Johnson (hereinafter: "JOHNSON") of 600 H Street Northeast, #749 in Washington, D.C. 20002. Comcast advised that 240-687-4250 was JOHNSON's listed telephone number.

Your affiant attempted to subpoena subscriber information for IP address 70.32.0.60, however, the service provided never provided any responsive records.

On April 5, 2021, your affiant served Google LLC with a search warrant issued by the United States District Court for the District of Columbia for the contents of JOHNSON's Google account via the Google Law Enforcement Request System (LERS). On July 13, 2021, your affiant was provided with the requested production from Google LLC.

Your affiant reviewed the contents of the production provided by Google for the account Stephenjohnson1197. Your affiant found that the user of the account had provided 240-687-4250 as his telephone number and Stephen@srjdigital.com as his recovery email. Additionally JOHNSON had connected the 240-687-4250 number to numerous other email accounts. These email accounts include stephen@srjdigital.com and sidehustlelifestyle@gmail.com.

Your affiant conducted a search of the Google account, stephenjohnson1197, for child exploitative material and located a folder within the account's Google Drive labeled, "Haute Girls." This folder contained several subfolders which included the following folders, "2020 PYT PACK," "blkkid 2," Brand new pyts 2," "ebonypyt," "Exclusive PYT's," "new stuff," and "pyt trade." Your affiant reviewed these folders and located numerous images and videos of child exploitative material.

Your affiant accessed the folder "new stuff" which led to a sub folder of "Ebony Teens" which contained child exploitative material. The sub folder "Ebony Teens" contained several sub folders and additional child exploitative material was located within the sub folders labeled, "Starw" and "Videos."

Your affiant found that a video located within "Starw" is labeled, "(Children-sf-model) Pthc - 11Yo Black Girl Showing Off Her Pussy Aka - [!!! New !!!][USA][00.07.14]." This video shows an African-American prepubescent female completely nude with her genitals exposed to the camera. The child manipulates her genitals with her fingers, and the camera zooms in on the child's genitals several times during the video. This file was uploaded to Google on October 1, 2020.

Your affiant reviewed the folder, "Videos" and located approximately twenty videos of child exploitative material. These videos included the following:

a. VID-20180813-WA0544 (uploaded October 1, 2020): This video shows a prepubescent Caucasian female nude kneeling in front an adult Caucasian male. The child's mouth is being penetrated by the adult male's erect penis with the focus of the camera on the child's mouth and the adults erect penis

b. Videoplaybac (uploaded October 1, 2020): This video shows a prepubescent toddler's vagina being penetrated by an adult males erect penis. The video is recorded extremely close to the child's genitals and anus. The video ends when the adult male masturbates and ejaculates on the child's buttocks.

c. webcam omegle brother e sister suck fuck play, awesome hmmm mf16holland_omegle (uploaded October 1, 2020): This video shows two Caucasian pre-pubescent children starting a video completely clothed and eventually removing their clothing. The children engage in sexual acts and sexual contacts with each other. The children also display their genitals in a lewd or lascivious manner. The video is approximately thirty seven minutes long.

At least one of the videos from the original Cyber tip was contained in the results from the search warrant for the Google account.

A search of the email address stephen@srjdigital.com (the recovery email address for the Google account) via open-source databases, led to the identification of a LinkedIn account which

listed JOHNSON as the "Founder" of SRJ Digital.  SRJ Digital is described as an online marketing company.

Your affiant located the following social media accounts:
   a.  https://www.linkedin.com/in/stephen-johnson-srjdigital/
   b.  https://www.instagram.com/sidehustlelifestyle/
   c.  https://www.instagram.com/srjdigital/

   On August 16, 2021, administrative subpoenas were issued to Instagram and LinkedIn for subscriber information and IP address logs for the identified social media accounts.

   On August 18, 2021, Instagram provided the subpoenaed information regarding the Instagram accounts of "sidehustlelifestyle" and "Srjdigital" to your affiant.  Your affiant reviewed the returns and found that the Instagram account, "Sidehustlelifestyle," is linked to the email account sidehustlelifestyle@gmail.com and 240-687-4250 (the same phone number associated with the Google account in the cyber tip).  The Instagram account, "SRJdigital," is linked to an email of stephen@srjdigital.com and a phone number of 240-544-6168. This phone number is a Google voice number and has no subscriber information associated with it.

   On August 24, 2021, LinkedIn provided the subpoenaed information.  LinkedIn reported that the subscriber for the identified LinkedIn account is JOHNSON and that his registered phone number is 240-687-4250.  JOHNSON also registered the email addresses of stephen@srjdigital.com and stephenjohnson1197@gmail.com (the email address in the cyber tip) with LinkedIn.

   Johnson reports on his LinkedIn page that he is a marketing professional who is able to increase exposure to consulting companies.  Johnson indicates that he is proficient with marketing via social media and advises that he was responsible for web site design and development with a previous employer.

   On August 16, 2021, a record check of open source and law enforcement only databases found that 240-687-4250 is registered to JOHNSON, and that he has a home address of 600 H Street Northeast #749 in Washington, D.C. 20002 (the same address associated with the IP addresses used to upload child exploitative material).

   On August 16, 2021, an administrative subpoena was issued to T-Mobile for subscriber and call detail records for 240-687-4250.  On August 24, 2021, T-Mobile provided the subpoenaed information regarding 240-687-4250.  T-Mobile reported that the account subscriber is Stephen Johnson of 18 Quincy Place #B in Northwest, Washington, D.C. 20001. Based on open source databases, this appears to be a multi-family unit that was a prior address associated with JOHNSON.  T-Mobile reported that the account has been active since February 17, 2010.

   On September 14, 2021, a member of the Federal Bureau of Investigation (FBI) served a search warrant from the United States  District Court for the District of Columbia on T-Mobile for prospective and historical cellular site data for T-Mobile phone number 240-687-4250.

On September 16, 2021, your affiant began to receive prospective cellular site data from T-Mobile regarding 240-687-4250. Your affiant found that the cellular phone has geo-located during the early morning hours at the following locations:

a. On September 17, 2021, the device provides geolocation data in Reston, Virginia during the overnight hours.

b. On September 18, 2021, at approximately 4:34 AM, the device reported that it was located within sixteen meters of the northeast corner of 6th and H Street Northeast in Washington, D.C.

c. On September 19, 2021, at approximately 12:21 AM, the device reported that it was located within twelve meters of the of 600 block of H Street Northeast in Washington, D.C.

d. On September 20, 2021, at approximately 3:17 AM, the device reported that it was located within thirty six meters of the Whole Foods at 600 H Street Northeast in Washington, D.C.

e. On September 21, 2021, at approximately 7:16 AM, the device reported that it was located within forty one meters of the Whole Foods at 600 H Street Northeast in Washington, D.C.

f. On September 22, 2021, the device reported during the early morning hours that it was within eight hundred meters of Gallaudet University, specifically the northwest corner of Florida Avenue and West Virginia Avenue in Northeast Washington, D.C.

g. On September 23, 2021, at approximately 4:41 AM, the device reported that it was within thirty six meters of the Whole Foods at 600 H Street Northeast in Washington, D.C.

Your affiant knows that all the identified reported data from the cellular device except the data reporting the phone was in Reston, Virginia, is in close proximity to Stephen Johnson's reported apartment at 600 H Street #749 in Northeast, Washington, D.C. during the early morning hours. Your affiant believes that this data indicates that Stephen Johnson resides at 600 H Street #749 in Northeast, Washington, D.C., the same address associated with the IP addresses used to upload child exploitative material to Google Drive.

**CONCLUSION**

Based on the above information, there is probable cause to believe that Stephen JOHNSON committed the offense of Transportation of Child Pornography, in violation of 18 U.S.C. 2252(a)(2).

Respectfully submitted,

Thomas J. Sullivan

Detective

MPDC

Subscribed and sworn to before me on this 5th day of October, 2021.

Zia M. Faruqui

ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE