AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Stephen Johnson

)
)
)
)
)
)
)

Case: 1:21-mj-00626
Assigned To : Faruqui, Zia M.
Assign. Date : 10/5/2021
Description: Complaint w/ Arrest Warrant

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                                         **Stephen Johnson**                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) (Transportation of child pornography)

Date:   10/05/2021

Zia M. Faruqui
2021.10.05 17:46:55 -04'00'

*Issuing officer's signature*

City and state:       Washington, D.C.           Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/5/21, and the person was arrested on *(date)* 10/7/21
at *(city and state)* Washington, D.C.

Date: 10/7/21

*Arresting officer's signature*

SA Laura Calvillo, FBI
*Printed name and title*