# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES** ) ) | |
| v. ) | Crim. No.: 1:21-mj-626-ZMF |
| **STEPHEN JOHNSON,** ) ) | |
| Defendant. ) | |

## ORDER

Upon consideration of counsel's Motion for Leave to Withdraw as Counsel for Stephen Johnson in the above matter, it is hereby **ORDERED,** that the Motion is **GRANTED.**

_10/16/21__  
**DATE**

_____  
**G. MICHAEL HARVEY**  
**United States Magistrate Judge**