IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 1:21-mj-00626 |
| ) | |
| STEPHEN JOHNSON ) | |
| ) | |
| Defendant.   ) | |
| ) | |

**CONSENT MOTION FOR CONTINUANCE AND
EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

Defendant Stephen Johnson, through counsel, respectfully request this Court continue the preliminary hearing and status hearing currently set for November 8, 2021, at 4:00 p.m., and exclude the intervening period from the calculation of deadlines under the Speedy Trial Act. Subject to the Court's discretion, the parties agree to continue the preliminary hearing and the status conference 60 days, should the Court decide to grant this motion.

In support of this motion, the parties state as follows:

1. Mr. Johnson first appeared in this Court on October 8, 2021, after being arrested on a sealed criminal Complaint charging him with transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(2). Mr. Johnson was ordered released to a third party custodian and placed on high intensity supervision.

2. The Court excluded the time from Mr. Johnson's October 8, 2021 appearance to the November 8, 2021 preliminary and status hearing from the Speedy Trial Act calculation in this case.

3. Mr. Johnson has been in full compliance with the conditions of his release. *See* ECF No. 11 (Pretrial Compliance Report).

4.      The government has started providing discovery to the defense. However, the devices seized during the execution of the search warrant of Mr. Johnson's home have not yet been fully reviewed and thus no discovery regarding these items has been provided to the defense. Mr. Johnson therefore respectfully requests that the preliminary hearing and the status hearing be continued approximately 60 days to allow the government to complete its review of those items and to provide discovery to the defense.

5.      In addition, pursuant to 18 U.S.C. § 3161(h)(7), the parties seek to exclude the days between November 8, 2021, and the new hearing date for purposes of allowing the parties to continue to engage in discovery. Such an exclusion would serve the ends of justice, including by preserving resources, and such ends would outweigh the best interests of the public and the defendant in a speedy trial.

6.      Undersigned counsel has communicated with Mr. Johnson and informed him of his rights under the Speedy Trial Act. Mr. Johnson understands these rights and has informed counsel that he wishes to waive those rights with respect to the proposed excluded period up to and including the date set for the status conference during the requested dates specified above to accommodate the requested continuance.

7.      Undersigned counsel has also communicated with counsel for the government, Assistant United States Attorney Janani Iyengar, who has indicated that the government joins in the request for a continuance of the status hearing and preliminary hearing and an exclusion of time under the Speedy Trial Act.

Wherefore, for the foregoing reasons, the parties respectfully request that the Court enter the attached order continuing the status hearing and preliminary hearing and setting forth its basis for excluding certain time from the Speedy Trial calculation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  November 4, 2021 | */s/ Emily Voshell*<br>William E. Zapf (D.C. Bar No. 1029403)<br>KaiserDillon PLLC<br>1099 14th Street NW<br>8th Floor West<br>Washington, DC 20005<br>T: (202) 640-2850<br>F: (202) 280-1034<br>evoshell@kaiserdillon.com<br><br>*Attorney for Stephen Johnson* |

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:21-mj-00626 |
| | ) |
| STEPHEN JOHNSON | ) |
| | ) |
| Defendant. | ) |
| | ) |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the November 8, 2021 Defendant's Consent Motion to Continue is Hereby GRANTED; and it is further ordered that the Preliminary Hearing and Status Hearing will be held on _____, 2021.

**SO ORDERED.**

Date:_____                        _____
                                            Robin M. Meriweather,
                                            United States Magistrate