## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN JOHNSON,<br><br>Defendant. | 1:21-mj-626 |

## ORDER

Having considered the parties' Consent Motion to Modify Conditions of Release, ECF No. 15, the Court hereby GRANTS the motion.

Mr. Johnson has been charged by criminal complaint with transportation of child pornography, an alleged violation of 18 U.S.C. § 2252(a)(2). He was arrested and an Initial Appearance was held before Magistrate Judge Zia M. Faruqui on October 7, 2021. Judge Faruqui ordered Mr. Johnson held temporarily until a Detention Hearing could take place the following day. At the Detention Hearing, Magistrate Judge G. Michael Harvey ordered, among other conditions of release, that Mr. Johnson be released into the custody of his mother and that he be restricted to 24-hour-a-day lock-down at his mother's residence, except for medical necessities and court appearances or other activities specifically approved by the Court. *See* ECF No. 7 at 2. Judge Harvey further ordered that Mr. Johnson may not "leave the house" except in limited circumstances, and that he be accompanied by his mother, a mental health counselor, or a medical professional at all times that he is outside of the house. *Id.* at 7. As of November 4, 2021, Pretrial Services indicated that Mr. Johnson "appears to be in compliance" with these conditions. ECF No. 11 at 2.

On November 12, 2021, the parties filed the instant motion to modify the conditions of Mr. Johnson's release so that Mr. Johnson may go into his mother's backyard. *See* ECF 15 ¶ 4. The parties represent that the backyard is fully enclosed with a privacy fence. *See id.* ¶ 3.

The Court finds that modifying the conditions of Mr. Johnson's release to permit him to enter the fully fenced backyard of his mother's house will not compromise the safety of persons or the community and is consistent with the Bail Reform Act, 18 U.S.C. § 3142. Mr. Johnson's Conditions of Release, ECF No. 7, are therefore modified solely to permit Mr. Johnson to go into his mother's backyard.

Dated this November 12, 2021.

ROBIN M. MERIWEATHER  
UNITED STATES MAGISTRATE JUDGE