IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 1:21-mj-00626 |
| ) | |
| STEPHEN JOHNSON ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Stephen Johnson, through counsel, hereby respectfully moves this Court to modify the conditions of his release to allow him to attend Union Church in Columbia, Maryland on Sundays. In support of this motion, Mr. Johnson states the following:

1. Mr. Johnson first appeared in this Court on October 8, 2021, after being arrested on a sealed criminal Complaint charging him with transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(2). Mr. Johnson was ordered released to a third party custodian and placed on high intensity supervision.

2. Mr. Johnson has been in full compliance with the conditions of his release. *See* ECF Nos. 11, 19 (Pretrial Compliance Reports).

3. Mr. Johnson respectfully requests that the conditions of his release be modified so that he may attend church on Sundays at Union Church, 7195 Oakland Mills Road, Columbia, MD 21046. Mr. Johnson's fiancée, Adanna Quashie, will accompany him to church. Mr. Johnson will notify his supervision officer before he attends church each week, including what time the service is that he plans to attend. Ms. Quashie will be in contact with Mr. Johnson's supervision officer after services each week to verify that Mr. Johnson attended services and had

no direct contact with children at the services. Undersigned counsel discussed this request with Assistant United States Attorney Janani Iyenger, who has no objection to the request.

Wherefore, for the foregoing reasons, Mr. Johnson respectfully requests that the Court enter the attached order modifying the conditions of his release so that he may go to church services at Union Church with Ms. Quashie.

Respectfully submitted,

DATED: February 4, 2022

*/s/ Emily Voshell*
Emily Voshell (Bar No. 1029403)
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
evoshell@kaiserdillon.com

*Attorney for Stephen Johnson*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21-mj-00626 |
| | ) | |
| STEPHEN JOHNSON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the Defendant's Consent Motion to Modify Conditions of Relase is Hereby GRANTED; and it is further ordered that Mr. Johnson, who is currently on high intensity supervision release, is permitted to attend church on Sundays at Union Church in Columbia, MD, accompanied by his fiancée Adanna Quashie; it is further ordered that Johnson shall tell his supervision officer which service he plans to attend prior to attending service; it is further ordered that Ms. Quashie shall verify with Mr. Johnson's supervision officer that she accompanied Mr. Johnson to services and that he did not have any direct contact with children.

**SO ORDERED.**

Date:_____                    _____
                                        United States Magistrate

3