IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | 1:21-mj-00626 |
| ) | |
| STEPHEN JOHNSON ) | |
| ) | |
| Defendant.       ) | |
| ) | |

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Stephen Johnson, through counsel, hereby respectfully moves this Court to modify the conditions of his release to allow him to move to a home that he has purchased with his wife. In support of this motion, Mr. Johnson states the following:

1. Mr. Johnson first appeared in this Court on October 8, 2021, after being arrested on a sealed criminal Complaint charging him with transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(2). Mr. Johnson was ordered released to a third party custodian and placed on high intensity supervision.

2. Mr. Johnson has been in full compliance with the conditions of his release. *See* ECF Nos. 11, 19, 24, 28, 33, 35 (Pretrial Compliance Reports).

3. On November 12, 2022, Mr. Johnson filed a Consent Motion to Modify the Conditions of Release to be allowed to go into the fully fenced backyard of his mother's house where he resided. ECF No. 15. On November 12, 2022, Judge Merriweather granted that Motion. ECF No. 16.

4. Mr. Johnson married his wife, Adanna Quashie (who is also a third-party custodian), on April 4, 2022. In advance of his wedding date, Mr. Johnson filed a Consent

Motion to Modify Conditions of Release related to his upcoming marriage and his purchase of an apartment building. ECF No. 27.

5. At a hearing on April 4, 2022, the Court denied in part and granted in part Mr. Johnson's Consent Motion to Modify Conditions of Release. The Court allowed Mr. Johnson to move to the apartment building he had purchased, but denied the other requested modifications.

6. In light of the Court's ruling, and Mr. Johnson and Ms. Quashie's desire to ultimately purchase a single family home together, Mr. Johnson elected to remain at his mother's house until he and his wife bought a home. Several weeks later, Mr. Johnson and Ms. Quashie went under contract on a home at ▮▮▮▮▮▮ Ave. NE, Washington, DC 20018.[1] That house has a fully fenced backyard. Mr. Johnson and Ms. Quashie are set to close on that home on May 24, 2022.

7. Mr. Johnson respectfully requests that the conditions of release be modified to 1) allow him to move to ▮▮▮▮▮▮ Ave. NE, Washington, DC 20018 on May 24, 2022; 2) to allow him to go into the backyard of ▮▮▮▮▮▮ Ave. NE, Washington, DC 20018 (as he has been permitted by the Court to go into the backyard of the house where he now resides with his mother). All other conditions of release, including the requirement that a third-party custodian be home with him at all times, will remain in effect. Specifcally, Ms. Quashie working during regular business hours. During that time (or any other time Ms. Quashie will be absent from the home), Mr. Johnson's mother or another third-party custodian approved by pretrial will be present with Mr. Johnson at Mr. Johnson's home.

---

[1] The full address will be emailed to chambers, the government, and pretrial services.

8. Undersigned counsel discussed this request with Assistant United States Attorney Janani Iyenger, who has no objection to the request and defers to the Court on whether to hold a hearing and how to proceed.

Wherefore, for the foregoing reasons, Mr. Johnson respectfully requests that the Court enter the attached order modifying the conditions of his release so that he may move to the home he has purchased with his wife.

Respectfully submitted,

DATED: May 6, 2022

*/s/ Emily Voshell*
Emily Voshell (Bar No. 1029403)
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
evoshell@kaiserdillon.com

*Attorney for Stephen Johnson*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 1:21-mj-00626 |
| ) | |
| STEPHEN JOHNSON ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the Defendant's Consent Motion to Modify Conditions of Relase is Hereby GRANTED; and it is further ordered that Mr. Johnson, who is currently on high intensity supervision release, is permitted to move to ███████ Ave. NE, Washington, DC 20018 with his wife and to go into the backyard of ███████ Ave. NE, Washington, DC 20018.

**SO ORDERED.**

Date:_____                                    _____
                                                      United States Magistrate

4